IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**UNITED STATES OF AMERICA**

VS

Douglas Perdick
also known as
The Dude
also known as
Dragunov Petrik
also known as
17gvb
also known as
Jeff Lebowski

CR NO. 4:22-cr-00141-JD-1

## PLEA

The defendant, Douglas Perdick, having withdrawn his plea of Not Guilty entered April 7, 2022, pleads **GUILTY** to Count **#1** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Florence, South Carolina
August 1, 2023